UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AVANTE INTERNATIONAL TECHNOLOGY, INC., ) ) | |
| Plaintiff, ) ) | |
| vs. ) | Case number 4:09cv1160 TCM |
| ) ) | |
| HART INTERCIVIC, INC., ) ) | |
| Defendant. ) | |

## ORDER

Finding that a potential conflict of interest exists in this case, comes now the Court and, on its own motion, recuses itself in the above matter. See 28 U.S.C. § 455(a).

SO ORDERED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this ____ July, 2009.