UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| AVANTE INTERNATIONAL TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff and Counterclaim Defendant | ) | Case No. 4:09CV1160 AGF |
| | ) | |
| vs. | ) | Case No. 4:09CV1161 AGF |
| | ) | |
| HART INTERCIVIC, INC., | ) | |
| | ) | |
| Defendant and Counterclaim Plaintiff. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that these two cases, which had been

consolidated by the District Court for the Southern District of Illinois, and were then

inadvertently assigned separate case numbers when transferred to this Court, are re-

consolidated, and shall proceed under case No. 4:09CV1161.

**IT IS FURTHER ORDERED** that the motion [Doc. #140] of Defendant /

Counterclaim Plaintiff to compel production of the License Agreement that Plaintiff /

Counterclaim Defendant negotiated with Election Systems & Software, Inc., is

**GRANTED** subject to the terms of the Protective Order entered in this case.

**IT IS FURTHER ORDERED** that the identical motion filed in Case No.

4:09CV1160 as Docket No. 73 is **DENIED** as moot.

**IT IS FURTHER ORDERED** that a status conference for this consolidated

case is set for Tuesday, October 13, 2009, at 2:00 p.m. in Courtroom 9N.


_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 7th day of October, 2009.