UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| AVANTE INTERNATIONAL TECHNOLOGY, INC., | ) ) ) | |
| Plaintiff and Counterclaim Defendant | ) ) ) | Case No. 4:09CV1160 AGF |
| vs. | ) ) ) | Case No. 4:09CV1161 AGF |
| HART INTERCIVIC, INC., | ) ) | |
| Defendant and Counterclaim Plaintiff. | ) ) | |

## ORDER

In clarification of this Court's Order dated October 7, 2009, re-consolidating these two cases, the Court notes that all pleadings filed in Case No. 4:09CV1160 shall be considered as having been filed in the consolidated case.

**IT IS HEREBY ORDERED** that all further pleadings in these cases shall be filed in Cause Number 4:09CV1161. Any documents filed in 4:09CV1160 without permission from the court will be deleted.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 14th day of October, 2009.